Martha Sheehy
SHEEHY LAW FIRM
P. O. Box 584
Billings, Montana 59103-0584
Telephone: (406) 252-2004
msheehy@sheehylawfirm.com

    Attorney for Defendant
    Continental Casualty Company

Josh Van de Wetering
Van de Wetering Law Offices, P.C.
P.O. Box 7575
Missoula, MT 59807
Telephone: (406) 274-0029
josh@vdwlaw.net

    Attorney for Plaintiff Braach

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| ROBERT BRAACH, and BRAACH ACCOUNTING SERVICES, P.C.,<br><br>    Plaintiffs,<br><br>-vs-<br><br>CNA INSURANCE, a/k/a CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | Case No. CV 18-46-M-DLC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

-1-

The parties hereby stipulate to dismissal of this action pursuant to Rule 41(A)(ii), Federal Rules of Civil Procedure.  The parties to this action have settled all the claims raised in this action.

The parties stipulate that this case is hereby dismissed with prejudice, with each party bearing its own costs and attorney fees.

Pursuant to Local Rule 11.2(a)(1), all counsel consent to the electronic filing of this Stipulation by Defendant Continental Casualty Company.

DATED this 27th day of July, 2018.

        SHEEHY LAW FIRM
        By   /s/Martha Sheehy
          MARTHA SHEEHY
          P. O. Box 584
          Billings, Montana 59103-0584

Attorney for Defendant Continental Casualty Company.

DATED this 27th day of July, 2018.

        VAN DE WETERING LAW OFFICES, P.C.
        By   /s/Joshua Van de Wetering

        Joshua Van de Wetering
        P.O. Box 7575
        Missoula MT 59807

Attorney for Plaintiffs Robert Braach and Braach Accounting Services, P.C.