IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROBERT BRAACH, and BRAACH ACCOUNTING SERVICES, P.C., | CV 18–46–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| CNA INSURANCE, a/k/a CONTINENTAL CASUALTY COMPANY, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 19),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot.

Dated this 27th day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court